# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
2019 MAR 22 PM 12:01
U.S. MARSHALS SERVICE
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>MARSHAUN JORDAN MERRETT<br><br>*Defendant* | )<br>)  Case No. 4:19-MJ-160<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MARSHAUN JORDAN MERRETT,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in possession of ammunition

Date: 03/22/2019

*Issuing officer's signature* — Helen C. Adams

City and state: Des Moines, Iowa

Helen C. Adams, Chief United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/22/2019, and the person was arrested on *(date)* 3/27/2019
at *(city and state)* Des Moines, IA.

Date: 3/27/2019

*Arresting officer's signature*

FBI SA Jason Soo
*Printed name and title*