# United States District Court for the Southern District of Iowa

Presiding: Honorable
Criminal No.                              :            Clerk's Court Minutes – Initial Appearance

United States of America vs.

| | | |
|---|---|---|
| Gov. Atty(s): | : | Indictment    Superseding Indictment    Information |
| Def. Atty(s): | : | Complaint    Warrant |
| Court Reporter: | : | Code Violation/Offense: |
| Interpreter: | : | |

Date:                                     :
Time Start:         Time End:           :

## Initial Appearance

  Defendant Advised of Rights
Representation:       Appointed FPD       Appointed CJA       Retained Counsel
Next Court Event:     Preliminary         Arraignment         Removal Hearing
        Set for:

## Arraignment

| | | |
|---|---|---|
| Trial Scheduled for: | : | Advised of Charges/Maximum Penalties |
| Rule 16 Material due: | : | Indicted in True Name |
| Reciprocal Discovery due: | : |   True Name: |
| Pretrial Motions due: | : | Reading of Indictment Waived |
| Plea Notification Deadline: | : | Plea of Not Guilty Accepted as to Ct(s): |
| Plea Entry Deadline: | : | Denied Forfeiture |

## Custody Status

  Government Moved for Detention         Detention Hearing Set:
Court Ordered Defendant:    Released on Bond       Detained

Minutes:


_____
Deputy Clerk